# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: **20-1591 RB** | | USA vs.: | **SCHRODER-GALINDO** |
| Date: **11/10/2020** | | Name of Deft: | **JOANNA SCHRODER-GALINDO** |
| Before the Honorable: | | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **10:28 A.M. – 10:41 A.M.** | Total Time in Court (**for JS10**): | **13 MINUTES** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE** |
| AUSA: | **RENEE CAMACHO** | Defendant's Counsel: | **DANIEL RUBIN** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |
| Probation Officer: | **JUAN CORRRAL** | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **COUNT 1, 2** | | |
| If Plea Agreement: | **X** Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **9/14/2020** | | | PSR: | **X** Not Disputed | | Disputed |
| PSR: | **X** Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | | Needed |
| Exceptions to PSR: | **CORRECTION TO PSR: ADDRESS, PARAGRAPH 41 NAME; PARAGRAPH 46, 47** | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | **COUNT 1 AND 2: 106 DAYS OR TIME SERVED AS TO EACH COUNT; SAID COUNTS TO RUN CONCURRENT** |
|---|---|---|
| Supervised Release: | **3 YEARS AS TO EACH COUNT; TO RUN CONCURRENT** | Probation: |
| | 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| **X** | Participate in/successfully complete subst abuse program/ testing | | Reside halfway house ____ months ____ days |
| **X** | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| **X** | Provide financial information | | No volunteering where children supervised |
| **X** | Grant limited waiver of confidentiality (substance and mental) | | Restricted from occupation with access to children |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | **X** | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| | **OTHER:** | | |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | 200 ($100) as to each Count | Payment Schedule: **X** Due Imm. | Waived |
| OTHER: | **THE DEFENDANT IS SUBJECT TO THE PROVISIONS OF THE JUSTICE FOR VICTIMS OF TRAFFICKING ACT OF 2015, WHICH REQUIRES THE COURT TO ASSESS AN AMOUNT OF $5,000 ON ANY NON-INDIGENT PERSON OR ENTITY CONVICTED OF AN OFFENSE UNDER 18 U.S.C. CHAPTERS 77, 109A, 110, 117; OR SECTION 274 OF THE IMMIGRATION AND NATIONALITY ACT (8 U.S.C. § 1324). THE COURT FINDS THE DEFENDANT IS INDIGENT AND WILL NOT BE REQUIRED TO PAY THE $5,000 ASSESSMENT.** | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | |